IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:13-CR-__72-MTT__ |
|---|---|---|
| v. | : | VIOLATION: 21 U.S.C. § 841(a)(1) |
|  | : | 21 U.S.C. § 841(b)(1)(C) |
| CHADWICK CANTY | : | 18 U.S.C. § 922(g) |
|  | : | 18 U.S.C. § 924(c)(1)(A)(i) |
|  | : | 18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

## COUNT ONE
## DISTRUBUTION OF COCAINE BASE

That on or about January 22, 2013, in the Macon Division of the Middle District of Georgia,

**CHADWICK CANTY**

aided and abetted by others both known and unknown to the Grand Jury, did unlawfully and knowingly distribute a Schedule II controlled substance, to wit: a mixture and substance containing cocaine base, also known as crack cocaine, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT TWO
## DISTRUBUTION OF COCAINE BASE

That on or about January 24, 2013, in the Macon Division of the Middle District of Georgia,

**CHADWICK CANTY**

aided and abetted by others both known and unknown to the Grand Jury, did unlawfully and knowingly distribute a Schedule II controlled substance, to wit: a mixture and substance

1

containing cocaine base, also known as crack cocaine, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT THREE
## POSSESSION OF A FIREARM BY A CONVICTED FELON

That on or about January 24, 2013, in the Macon Division of the Middle District of Georgia,

### CHADWICK CANTY

defendant herein, aided and abetted by others both known and unknown to the Grand Jury, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess a firearm, to wit: one Mossberg, 12 gauge shotgun, serial number MV63148M, which had previously moved in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1), and Title 18, United States Code, Section 2.

## COUNT FOUR
## POSSESSION OF A FIREARM IN FURTHERANCE OF DRUG TRAFFICKING

That on or about January 24, 2013, in the Macon Division of the Middle District of Georgia,

### CHADWICK CANTY

aided and abetted by each other and by others, both known and unknown to the Grand Jury, did, in furtherance of the offense set forth in Count Two, a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, possess a firearm, to wit: one Mossberg, 12 gauge shotgun, serial number MV63148M, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and Title 18, United States Code, Section 2.

## COUNT FIVE
## DISTRIBUTION OF COCAINE BASE

That on or about February 5, 2013, in the Macon Division of the Middle District of Georgia,

**CHADWICK CANTY**

aided and abetted by others both known and unknown to the Grand Jury, did unlawfully and knowingly attempt to possess with intent to distribute a Schedule II controlled substance, to wit: a mixture and substance containing cocaine base, also known as crack cocaine, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and Title 18, United States Code, Section 2.

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

CHARLES L. CALHOUN
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* __9__ *day of*
__Oct__ A.D. 20 __13__ .
__Nora Paul__
*Deputy Clerk*